DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN EVAN KIST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1725

_____

June 12, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the County Court for Pinellas County; Dorothy Vaccaro, Judge.

John Evan Kist, pro se.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.